UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Case No. CA 08 46 S |
| v. | ) | |
| JOSEPH MOLLICONE, JR., Defendant. | ) | |

**COMPLAINT**

The United States of America, by its attorney, Robert Clark Corrente, United States Attorney for the District of Rhode Island, pursuant to 26 U.S.C. § 7401, with the authorization of the Secretary of the Treasury of the United States and at the direction of the Attorney General of the United States, brings this civil action to reduce to judgment against the defendant Joseph Mollicone, Jr., outstanding unpaid liabilities for federal income taxes for the taxable years 1986 through 1990, plus statutory accruals, and complains and alleges as follows:

1. Jurisdiction over this action is conferred upon the district court in 28 U.S.C. §§ 1331, 1340 and 1345, and 26 U.S.C. § 7402(a).

2. The defendant Joseph Mollicone, Jr. resides within the jurisdiction of this Court.

3. On February 9, 1998, a delegate of the Secretary of the Treasury of the United States made assessments against the defendant Joseph Mollicone, Jr. for income taxes, plus related statutory accruals, for the taxable years, of the types, and in the amounts, set forth in the following table:

| Taxable Year | Type of Assessment | Amount of Assessment |
|---|---|---|
| 1986 | Tax<br>Miscellaneous Penalty<br>Fraud Penalty<br>Interest<br>*Total:* | $ 1,072,874.00<br>$ 268,219.00<br>$ 1,520,059.97<br>$ 2,266,312.30<br>***$ 5,127,465.27*** |
| 1987 | Tax<br>Miscellaneous Penalty<br>Fraud Penalty<br>Interest<br>*Total:* | $ 853,276.00<br>$ 213,319.00<br>$ 1,051,050.82<br>$ 1,533,528.98<br>***$ 3,651,174.80*** |
| 1988 | Tax<br>Miscellaneous Penalty<br>Fraud Penalty<br>Interest<br>*Total:* | $663,697.00<br>$165,924.00<br>$497,773.00<br>$1,527,748.42<br>***$2,855,142.42*** |
| 1989 | Tax<br>Late Filing Penalty<br>Estimated Tax Penalty<br>Interest<br>*Total:* | $760,141.00<br>$560,846.00<br>$51,082.00<br>$1,221,184.08<br>***$2,593,253.08*** |
| 1990 | Tax<br>Late Filing Penalty<br>Estimated Tax Penalty<br>Interest<br>*Total:* | $701,023.00<br>$523,036.00<br>$45,889.00<br>$949,876.60<br>***$2,219,824.60*** |
| TOTAL | | $16,446,860.17 |

4. On or about February 9, 1998, a delegate of the Secretary of the Treasury of the United States gave notice of the assessments described in paragraph 3, above, to the defendant Joseph Mollicone, Jr., and made a demand for payment of the assessed liability upon the defendant Joseph Mollicone, Jr.

5. Despite notice and demand, the defendant Joseph Mollicone, Jr., has refused to pay the amount of the assessments described in paragraph 3, above, plus accruals thereon, in full, and, as a result, there remains due and owing with respect thereto $31,564,294.33, plus statutory interest and additions accruing thereto from December 31, 2007.

WHEREFORE, the plaintiff United States of America demands the following relief:

(1) Judgment in favor of the plaintiff United States and against the defendant Joseph Mollicone, Jr., in the amount of $31,564,294.33, plus statutory interest from December 31, 2007;

(2) Its costs in the action; and

(3) Such other and further relief as the Court determines is just and proper.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

JAMES E. BROWN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307 6053
Facsimile: (202) 514 5238
James.E.Brown2@usdoj.gov