Barrow
1838

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE APRIL 30, 2008 AT 2:20 P |
| NAME OF SERVER *(PRINT)* B. RUSSELL GARRITY III | TITLE REVENUE OFFICER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: 29 DELAINE STREET, PROVIDENCE, RHODE ISLAND

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/30/2008
Date

B. R. Garrity III
Signature of Server

60 QUAKER LANE
WARWICK, RI 02886
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

United States of America

V.

Joseph Mollicone, Jr.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 08 46 S

TO: (Name and address of Defendant)

Joseph Mollicone, Jr.
P.O. Box 8274
Cranston, Rhode Island 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James E. Brown, Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

2-8-08

DATE

(By) DEPUTY CLERK